Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−10396−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ondean Harding
    226 Hillsdale Terrace
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−9740

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 14, 2019
JAN: slm

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10396-RG
Ondean Harding                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Mar 14, 2019
                             Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db              +Ondean Harding,    226 Hillsdale Terrace,    Irvington, NJ 07111-1431
pp              +Warren Mello,    43 Washington Street,    West Orange, NJ 07052-5536
518029745       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517959556       +M&T Bank Mortgage,    1 Fountain Plaza,    Buffalo, NY 14203-1420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2019 21:54:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2019 21:54:10     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Mar 15 2019 01:58:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517959557       +EDI: BANKAMER2.COM Mar 15 2019 01:58:00      Bank of America,   PO Box 17054,
                 Wilmington, DE 19850-7054
517959560       +EDI: TSYS2.COM Mar 15 2019 01:58:00      Barclays Bk,   125 S. West St.,
                 Wilmington, DE 19801-5014
517959559       +E-mail/Text: bankruptcy@cavps.com Mar 14 2019 21:54:14     Calvary Portfolio Services,
                 500 Summit Lake Drive,   Ste. 400,    Valhalla, NY 10595-2322
517963012       +E-mail/Text: bankruptcy@cavps.com Mar 14 2019 21:54:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517959558        EDI: DISCOVER.COM Mar 15 2019 01:58:00     Discover,    P O Box 15316,   Wilmington, DE 19850
518076209       +EDI: AIS.COM Mar 15 2019 01:58:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517965307        EDI: DISCOVER.COM Mar 15 2019 01:58:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517972142        EDI: RESURGENT.COM Mar 15 2019 01:58:00     LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518073705        EDI: PRA.COM Mar 15 2019 01:58:00      Portfolio Recovery Associates, LLC,
                 C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518070303        EDI: PRA.COM Mar 15 2019 01:58:00      Portfolio Recovery Associates, LLC,   C/Osynchrony Bank,
                 POB 41067,   Norfolk VA 23541
518073709        EDI: PRA.COM Mar 15 2019 01:58:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
517959562       +EDI: PRA.COM Mar 15 2019 01:58:00      Portfolio Recover,    120 Corporate Blvd.,   Ste. 1,
                 Norfolk, VA 23502-4952
517960825       +EDI: RMSC.COM Mar 15 2019 01:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517959561       +EDI: WTRRNBANK.COM Mar 15 2019 01:58:00      TD/Target,    PO Box 673,
                 Minneapolis, MN 55440-0673
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3